| | | |
|---|---|---|
| People v Martin (Ramon) | 2d Dept: 141 AD3d 734 (Kings) | denied 11/8/16 (Garcia, J.) |
| People v Martin (Roman) | 2d Dept: 141 AD3d 734 (Kings) | denied 11/8/16 (Garcia, J.) |
| People v McBride | 1st Dept: 143 AD3d 408 (NY) | denied 11/28/16 (Rivera, J.) |
| People v Meran | 1st Dept: 143 AD3d 423 (NY) | denied 11/21/16 (Stein, J.) |
| People v Mitchell | 2d Dept: 142 AD3d 1185 (Queens) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Moore | 2d Dept: 142 AD3d 1024 (Suffolk) | denied 11/21/16 (Stein, J.) |
| People v Morris | 3d Dept: 140 AD3d 1472 (Albany) | denied 11/4/16 (Rivera, J.) |
| People v Mujahid | 2d Dept: 142 AD3d 1185 (Kings) | denied 11/28/16 (Fahey, J.) |
| People v Nauheimer | 4th Dept: 142 AD3d 760 (Monroe) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Negron | 2d Dept: 142 AD3d 719 (Richmond) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Neree | 2d Dept: 142 AD3d 1026 (Suffolk) | denied 11/28/16 (Garcia, J.) |
| People v Ockrey | 2d Dept: 142 AD3d 511 (Kings) | denied 11/29/16 (DiFiore, Ch. J.) |
| People v Onikosi | 1st Dept: 140 AD3d 516 (NY) | denied 11/22/16 (Fahey, J.) |
| People v Palmer | 4th Dept: 142 AD3d 1381 (Monroe) | denied 11/30/16 (DiFiore, Ch. J.) |
| People v Paradiso | App Div, 3d Dept: 2016 NY Slip Op 82923(U) (Albany) | dismissed 11/1/16 (Pigott, J.) |
| People v Peart | 3d Dept: 141 AD3d 939 (Albany) | denied 11/4/16 (Rivera, J.) |
| People v Petterson | 2d Dept: 141 AD3d 676 (Queens) | denied 11/30/16 (Fahey, J.) |
| People v Pierre | 2d Dept: 142 AD3d 566 (Nassau) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Porter | App Div, 1st Dept: 2015 NY Slip Op 91553(U) (NY) | denied reconsideration 11/5/16 (Abdus-Salaam, J.) |
| People v Powell | 1st Dept: 140 AD3d 401 (Bronx) | denied 11/14/16 (DiFiore, Ch. J.) |
| People v Provet | App Term, 1st Dept: 52 Misc 3d 144(A) (NY) | denied 11/21/16 (Stein, J.) |
| People v Ragland | 2d Dept: 136 AD3d 845 (Westchester) | denied 11/22/16 (Pigott, J.) |
| People v Ramos | 3d Dept: 142 AD3d 737 (Montgomery) | denied 11/10/16 (Fahey, J.) |